IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| PATRICK COLLINS, INC.,<br>Plaintiff,<br><br>v.<br><br>SUMITA SEN, *et al.*,<br>Defendants. | Civil Action No. 11-cv-01775-AW |

**Order**

This case was filed against seventeen John Doe Defendants on June 28, 2011. The only remaining Defendants at this time are John Doe 7, also known as Paul Lahaye ("Lahaye"), and John Doe 8, also known as Sumita Sen ("Sen"). Plaintiff has provided the Court with notice that it has settled this matter with Sen. *See* Doc. No. 29. Plaintiff has additionally given notice that it intends to voluntarily dismiss Lahaye, who it has been unable to serve. *See* Doc. No. 28. Therefore, it is, this 7th day of February, 2012, ordered that:

1) Defendant Sumita Sen is hereby dismissed from this action *with prejudice*;

2) Defendant Paul Lahaye is hereby dismissed from this action *without prejudice*;

3) The Clerk **CLOSE** this case; and

4) The Clerk transmit a copy of this Order to all parties of record.

/s/
Alexander Williams, Jr.
UNITED STATES DISTRICT JUDGE